UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA            )
                                    )          Case No. 1:05-CR-151
vs.                                 )
                                    )          JUDGE COLLIER
JAMES MURRY                         )          MAGISTRATE JUDGE LEE


REPORT AND RECOMMENDATION


       Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on March 9, 2006.

At the hearing, defendant entered a plea of guilty to Count One of the Indictment.  There is no plea

agreement in this case.  AUSA Neff and Attorney Martinez stated that there have been agreed upon

changes to the factual basis for plea that was previously filed with the court [Doc. No. 12].  The

corrected agreed factual basis was presented by AUSA Neff and agreed upon by the parties during

the plea hearing.  On the basis of the record made at the hearing, I find the defendant is fully capable

and competent to enter an informed plea; the plea is made knowingly and with full understanding

of each of the rights waived by defendant; the plea is made voluntarily and free from any force,

threats, or promises, the defendant understands the nature of the charge and penalties provided by

law; and the plea has a sufficient basis in fact.

       I therefore **RECOMMEND** defendant's plea of guilty to Count One of the Indictment be

accepted, that the Court adjudicate defendant guilty of the charges set forth in Count One of the

Indictment.  I further recommend that defendant remain in custody until sentencing in this matter.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved

for the district judge.

Dated: March 9, 2006

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE


NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing.  Failure to file objections  within ten days constitutes a waiver of any further right to challenge the plea of guilty in this matter.  See 28 U.S.C. §636(b).